FREDERIC G. TOPLIFF, Appellant, v. EUGENE SCHIMPFF, Respondent.

*Contract — sale — action to recover on alleged contract to purchase stock.*

*Topliff* v. *Schimpff*, 196 App. Div. 198, affirmed.
(Argued March 16, 1922; decided April 18, 1922.)

APPEAL from a judgment, entered April 12, 1921, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint. The complaint alleged that on July 1, 1920, the plaintiff entered into a contract with the defendant for the sale of 10,000 shares of the capital stock of the American Silver Corporation for $5,000, which defendant agreed to purchase at that price, but which he refused to accept when tendered to him. The answer denied the making of the contract.

*William T. Van Alstyne* and *James J. Allen* for appellant.

*J. Franklin Tausch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.